No. 798. UNITED STATES *v.* MONTGOMERY COUNTY BOARD OF EDUCATION ET AL.; and

No. 997. CARR ET AL. *v.* MONTGOMERY COUNTY BOARD OF EDUCATION ET AL. C. A. 5th Cir. Certiorari granted. Cases consolidated and a total of two hours allotted for oral argument. *Solicitor General Griswold, Assistant Attorney General Pollak,* and *Nathan Lewin* for the United States in No. 798, and *Fred D. Gray, Jack Greenberg, James M. Nabrit III,* and *Melvyn Zarr* for petitioners in No. 997. *Vaughan Hill Robison* and *Joseph D. Phelps* for respondents in both cases.

No. 900. DETROIT & TOLEDO SHORE LINE RAILROAD Co. *v.* UNITED TRANSPORTATION UNION. C. A. 6th Cir. Motion to substitute United Transportation Union in place of Brotherhood of Locomotive Firemen & Enginemen as the party respondent granted. Certiorari granted. *Francis M. Shea, Ralph J. Moore, Jr., David W. Miller, James A. Wilcox,* and *John M. Curphey* for petitioner. *Harold C. Heiss* and *Richard R. Lyman* for respondent.

No. 925. NATIONAL LABOR RELATIONS BOARD *v.* J. H. RUTTER-REX MANUFACTURING CO., INC., ET AL. C. A. 5th Cir. Certiorari granted. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Allison W. Brown, Jr.,* for petitioner. *Peter H. Beer* for respondent J. H. Rutter-Rex Manufacturing Co., Inc.

No. 913. SARISOHN *v.* APPELLATE DIVISION OF THE SUPREME COURT, SECOND DEPARTMENT. Ct. App. N. Y. Certiorari denied. *Frederic Block* for petitioner. *Solomon A. Klein* for respondent.